IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEAN "JOBY" MAISLIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:08-cv-0424 |
| | ) Judge Trauger |
| TENNESSEE STATE UNIVERSITY, | ) |
| and WILLIAM BAXLEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Tennessee State University (Docket No. 44) is **GRANTED**.

It is so Ordered.

Entered this 14th day of October 2009.

_____
ALETA A. TRAUGER
United States District Judge