IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED

| | |
|---|---|
| SEAN "JOBY" MAISLIN, | ) |
| *Plaintiff,* | ) |
| -vs- | ) Case No. 3:08-0424 <br> ) Judge Trauger |
| WILLIAM BAXLEY, | ) |
| *Defendant.* | ) |

**MOTION TO PRESENT PROOF OF DAMAGES
BY AFFIDAVIT**

COMES NOW the Plaintiff, Sean "Joby" Maislin, by and through counsel, and respectfully moves this honorable Court to permit Plaintiff to present proof as to the reasonableness and necessity of Plaintiff's medical expenses, for the purpose of establishing the amount of damages against Defendant William Baxley, by means of the affidavits of the medical experts who rendered medical treatment to Plaintiff after the injuries forming the basis of the above-captioned matter.

On July 21, 2009, Plaintiff moved for entry of default against Defendant Baxley. (Doc. 40). The court clerk entered default against Baxley on August 10, 2009 (Doc. 42). On October 19, 2009, this Court entered an order setting an evidentiary hearing on Plaintiff's damages for Tuesday, December 22, 2009 (Doc. 57). Plaintiff respectfully

1